McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for BEST BUY STORES, LP
erroneously sued and served as BEST BUY
CO., INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| PAMELA HEILIG, | Case No. 2:16-cv-1674 |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1** |
| BEST BUY CO., INC., DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive; | |
| Defendants. | |

The undersigned, counsel of record for Defendant BEST BUY STORES, LP erroneously sued and served as BEST BUY CO., INC., certifies that there are no known interested parties other than

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2:16-cv-1674

CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1

1  those listed above or identified as parties to this suit.  These representatives are to enable judges of the
2  Court to evaluate possible disqualification or recusal.
3      DATED this 15th day of July, 2016

    McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

    By    /s/ Wade M. Hansard
        Wade M. Hansard
        Nevada Bar No. 8104
        Jonathan W. Carlson
        Nevada Bar No. 10536
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

        Attorneys for BEST BUY STORES, LP
        erroneously sued and served as BEST BUY
        CO., INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2
CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1
2:16-cv-1674

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2016, a true and correct copy of **CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LR 7.1-1** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Joseph P. Garin, Esq.
Siria L. Gutierrez, Esq.
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

4001019.1