McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard, Esq.
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Daniel I. Aquino
Nevada Bar No. 12682
  *daniel.aquino@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for Defendant BEST BUY STORES, LP erroneously sued as BEST BUY CO., INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA HEILIG,<br><br>            Plaintiff,<br><br>     v.<br><br>BEST BUY CO., INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>            Defendants. | CASE NO.      2:16-cv-01674-JCM-PAL<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

COME NOW, Plaintiff Pamela Heilig ("Heilig") and Defendant Best Buy Stores LP, erroneously sued and served as Best Buy Co., Inc. ("Best Buy"), by and through their respective counsel of record, and hereby stipulate that the caption in this matter shall be amended to reflect

. . .

. . .

. . .

4078076.1                                                                                                         2:16-cv-01674-JCM-PAL

STIPULATION AND ORDER TO AMEND CAPTION

Defendant's true and correct name: Best Buy Stores, LP.  The caption shall be amended effective immediately upon approval of this stipulation.

DATED this 23rd day of September, 2016

        LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By    /s/ *Siria L. Gutierrez*
Joseph P. Garin, Nevada Bar No. 6653
Siria L. Gutierrez, Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Tel. (702) 382-1500

Attorneys for Plaintiff
PAMELA HEILIG

DATED this 23rd day of September, 2016

        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Daniel I. Aquino, Nevada Bar No. 12682
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant
BEST BUY STORES, LP erroneously sued as BEST BUY CO., INC.

IT IS SO ORDERED:

DATED this 26th day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE