McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard, Esq.
Nevada Bar No. 8104
 *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
BEST BUY STORES, LP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA HEILIG,<br><br>                Plaintiff,<br><br>        v.<br><br>BEST BUY STORES, LP; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive;<br><br>                Defendants. | CASE NO.    2:16-cv-01674-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

. . .

. . .

. . .

Each party will bear their own costs and attorneys' fees.

DATED this ___ day of December, 2016

                LIPSON NEILSON COLE SELTZER GARIN P.C.

                By _____
                     Siria L. Gutierrez, Esq.
                     Nevada Bar No. 11981
                     9900 Covington Cross Drive, Suite 120
                     Las Vegas, Nevada 89144
                     Telephone: (702) 382-1500

                Attorneys for Plaintiff

DATED this 27 day of December, 2016

                McCORMICK, BARSTOW, SHEPPARD,
                WAYTE & CARRUTH LLP

                By _____ NV Bar No. 12682
                     Wade M. Hansard
                     Nevada Bar No. 8104
                     Jonathan W. Carlson
                     Nevada Bar No. 10536
                     8337 West Sunset Road, Suite 350
                     Las Vegas, Nevada 89113
                     Tel. (702) 949-1100

                Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED December 28, 2016.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

1 | Submitted By:

2 | DATED this 27 day of December, 2016

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____ NV Bar No 12682
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant